**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

Dean Moser, an individual et al.,
Plaintiffs,

Case No. 1:26-cv-01850
Hon. Robert J. Jonker

v.

Dana Nessel, in her official capacity as Attorney General of the State of Michigan, et al.
Defendants.

_______________________________________________/

**STIPULATED ORDER SETTING BRIEFING SCHEDULE FOR PRE-ANSWER MOTION PRACTICE**

The Court, having reviewed the stipulation of the parties, and being advised in the premises:

IT IS HEREBY ORDERED that following briefing schedule shall apply to pre-answer motion practice in this action:

- Defendants Attorney General Dana Nessel and Colonel James Grady II shall file their pre-answer motion to dismiss by **September 4, 2026.**
- All other Defendants shall file their motions to dismiss by **September 25, 2026**.
- Plaintiffs shall file their responses to Defendants' motions by **November 20, 2026**.
- Defendants shall file their reply briefs by **December 18, 2026**.

Dated: ____________

____________________________
Hon. Robert J. Jonker
U.S. District Court Judge

**STIPULATION**

The parties, through counsel, stipulate and agree to the above Order. In support of this stipulation the parties state:

1. Defendants' responses to Plaintiffs' Complaint are currently due on August 17, 2026.
2. This action has 11 Defendants represented by 5 separate sets of counsel, as well as 8 Plaintiffs represented by 6 separate sets of counsel.
3. Defendants' Counsel have reviewed the Complaint and consulted with each other, and all intend to file motions to dismiss pursuant to FED. R. CIV. P. 12(b)(6) in lieu of an answer.
4. Given Plaintiff's claims, Defendants have identified significant overlap in the arguments they intend to raise. Having Attorney General Nessel and Colonel Grady file their motion to dismiss first will allow the counsel for the other Defendants to adopt and/or supplement those arguments without excessive and unnecessarily duplicative briefing, furthering judicial economy.
5. Setting an extended briefing schedule will allow all parties to better plan and submit their briefs and further judicial economy by avoiding the need to individually seek extensions.

Respectfully submitted,

**/s/ Thomas J. Lambert (P86348)**
OUTSIDE LEGAL COUNSEL, PLC
Attorney for Moser, Janson, and Michigan Open Carry
PO Box 144
Jamestown, MI 49427
(616) 275-2976
tlambert@tjlplc.com

**/s/ Adam deBear (P80242)**
MICHIGAN DEPARTMENT OF ATTORNEY GENERAL, STATE OPERATIONS DIVISION
*Attorney for Attorney General Nessel and Colonel Grady*
P.O. Box 30754
Lansing, MI 48909
(517) 335-7573
debeara@michigan.gov

**/s/ Steven W. Dulan (P54914)**
LAW OFFICES OF STEVEN W. DULAN, PLC
*Attorney for Overly, Raney, and Michigan Coalition for Responsible Gun Owners*
5311 Park Lake Road
East Lansing, MI 48823
(517) 332-3149
swdulan@stevenwdulan.com

**/s/ Dean G. Greenblatt (P54139)**
DEAN G. GREENBLATT, PLC
*Attorney for Moser, Janson, and Michigan Open Carry*
4190 Telegraph Road, Suite 3500
Bloomfield Hills, MI 48302
(248) 644-7520
dgg@mnsi.net

**/s/ James J. Makowski (P62115)**
MAKOWSKI LEGAL GROUP, PLC
*Attorney for Michigan Gun Owners*
18306 Middlebelt Rd.
Livonia, MI 48152
(313) 434-3900
jmakowski@makowskilegal.com

**/s/ Terry L. Johnson (P70773)**
LAW OFFICE OF TERRY L. JOHNSON, PLLC
*Attorney for Michigan Gun Owners*
2915 Biddle Ave Ste 200, Wyandotte, MI 48192
(313) 421-6193
terryljohnson00@gmail.com

**/s/ Joseph G.S. Greenlee**
NATIONAL RIFLE ASSOCIATION - INSTITUTE FOR LEGISLATIVE ACTION
Attorney for National Rifle Association of America
11250 Waples Mill Road
Fairfax, VA 22030
(703) 267-1161
jgreenlee@nrahq.org

**/s/ William Y. Kim (P76411)**
BATTLE CREEK CITY ATTORNEY'S OFFICE
*Attorney for City of Battle Creek and Chief Bagley*
10 N. Division St., Ste. 207
Battle Creek, MI 49014
(269) 966-3385
wykim@battlecreekmi.gov

**/s/ Lori Grigg Bluhm (P46908)**
CITY OF TROY CITY ATTORNEY'S OFFICE
*Attorney for City of Troy and Chief Jones*
500 W Big Beaver Rd.
Troy, MI 48084
(248) 524-3323
Fax: (248) 524-3259
bluhmlg@troymi.gov

**/s/ Patrick Emerson Sweeney (P79822)**
BLOOM SLUGGETT, PC (GR)
*Attorney for City of Walker, Chief Mankel, City of Kentwood, & Chief Litwin*
161 Ottawa Ave., NW, Ste. 400
Grand Rapids, MI 49503
(616) 591-1878
patrick@bloomsluggett.com

**/s/ Lynn L. Corgan (P39840)**
KALAMAZOO COUNTY CORPORATE COUNSEL
*Attorney for Sheriff Fuller*
201 W Kalamazoo Ave., Rm. 207
Kalamazoo, MI 49007
(269) 385-8529
llcorg@kalcounty.com

**Dated: 8/10/2026**