UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEAN MOSER, et al.,

Plaintiffs,

v.

DANA NESSEL, et al.,

Defendants.

______________________________/

CASE NO. 1:26-cv-1850

HON. ROBERT J. JONKER

**ORDER**

Plaintiffs, including David Raney, are challenging the constitutional validity of some provisions of Michigan law governing registration and licensing of firearms. Defendants have filed or joined at least one of five motions to dismiss or for summary judgment. Plaintiff Raney has objected that one of the briefs in support of dismissal includes information about legal firearms purchases he made. He filed a motion to seal this information (Mot., ECF No. 33). Plaintiff Raney's motion lacked merit, and the Court denied it (Order, ECF No. 37).

Plaintiff Raney now moves for reconsideration. Under Rule 54(b) of the Federal Rules of Civil Procedure, a non-final order is subject to reconsideration at any time before entry of a final judgment. FED. R. CIV. P. 54(b); *see also ACLU v. McCreary Cnty.*, 607 F.3d 439, 450 (6th Cir. 2010). Western District of Michigan Local Civil Rule 7.4(a) provides that "motions for reconsideration which merely present the same issues ruled upon by the court shall not be granted." W.D. Mich. LCivR 7.4(a). *Cf. Hollingsworth v. Perry*, 558 U.S. 183, 191 (2010) (the local rules of a United States District Court "have the force of law"). Reconsideration is appropriate only when the movant "demonstrate[s] a palpable defect by which the court and the parties have been

misled . . . [and] that a different disposition of the case must result from a correction thereof." *Id.* Plaintiff Raney has failed to demonstrate a "palpable defect" in the Court's prior ruling. Neither of Plaintiff Raney's motions satisfy the requirements applicable to sealing documents under W.D. Mich. LCivR 10.6 for the reasons stated in the Court's prior order (*see* Order, ECF No. 37). Plaintiff has not made the required showing of particularized harm sufficient to justify sealed filing.

Accordingly:

**IT IS ORDERED** that Plaintiff's motions for reconsideration (ECF Nos. 36, 38 & 40) are **DENIED**.

Dated: October 16, 2026

/s/ Robert J. Jonker
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE